UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Citibank, N.A., *Plaintiff(s)* vs Elena Francesca Kaspi, et al., *Defendant(s)* | **Civil Number**: 26-cv-04825<br>**Date Filed:** 6/10/2026<br>**Client's File No.:** NY5190<br>**Court/Return Date:** |

# AFFIRMATION OF SERVICE

**George Walczak**, affirms and says:

I am not a party herein, am over the age of 18 years and reside in the State of New York. On **July 22, 2026**, at **9:08 AM** at **1343 Route 212, Saugerties, NY 12477,** I served the within **Summons in a Civil Action, Complaint and Exhibits, & Civil Cover Sheet** on **Elena Francesca Kaspi**, a Defendant herein named in the following manner:

☒ AFFIXING TO DOOR
By affixing a true copy of the service documents to the door of said premises which is subjects' actual place of abode within the state.
Attempts at personal delivery were made on: **7/6/2026 at 7:14 PM**; **7/7/2026 at 5:10 PM**; **7/8/2026 at 3:00 PM**; **7/11/2026 at 3:16 PM**; **7/18/2026 at 9:41 PM**; and **7/22/2026 at 9:08 AM. See attached page for due diligence efforts.**

☐ **MILITARY SERVICE:** Upon information and belief, subject is not active in the U.S. Military Service in any capacity. No specific active military information was provided by recipient when questioned during service, and/or non-military status was confirmed through records of the U.S. Dept. Of Defense or otherwise known to and/or verified by me, and I received no indication during completion of this service that subject is active military

**ADDRESS CONFIRMATION:**

☒ OTHER
ADDRESS CONFIRMATION: Address confirmed and service completed per attorney's records and specific instructions.

**I affirm on 7/29/2026 under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief, and as to those matters I believe them to be true, and I understand that this document may be filed in an action or proceeding in a court of law.**

X ______________________
George Walczak George Walczak

**MAIL COPY** ☒

Robert J. Letus, affirms and says: I am not a party herein, am over 18 years of age and reside in New York State. On 07/27/2026, pursuant to CPLR 308, I completed service by depositing a true copy of each document to Elena Francesca Kaspi, the above named subject, at 1343 Route 212, Saugerties, NY 12477 in a 1st Class postpaid envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☐ An additional mailing was completed to the address above by certified mail. Certified mailing #

**I affirm on 7/29/2026 under penalties of perjury under the laws of New York, which may include fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief, and as to those matters I believe them to be true, and I understand that this document may be filed in an action or proceeding in a court of law.**

X ______________________
Robert J. Letus

Information regarding attempted service:

7/6/26, 7:14 pm: House is completely dark. There were no vehicles present. Lawn is being maintained. An Amazon package was on the porch addressed to Robert Goldman. I could see a coffee cup on the counter through a window.

7/7/26, 5:10 pm: Nothing has changed at residence since prior attempt. There are no vehicles present and no sign anyone has come and gone from the house. Amazon package is still on the porch. Mail is accumulated in the mailbox, but server could not see to whom it was addressed.

7/8/26, 3:00 pm: Nothing has changed. The mail is still in the box, no vehicles, package still on the porch. I spoke to male neighbor across the street. According to the neighbor, the parties moved out several years ago. He stated his wife was friendly with Elena Kaspi when they lived there and that Elena had discussed with the neighbor's wife, who is a realtor, that they planned to list the house. According to a check of Assessor Records, however, subjects still own the house.

7/8/26, 5:30 pm: Server called 518-848-4790 and left a message on Robert Goldman's voicemail.

7/9/26, 12:30 pm: Server received a text message from subject. He stated that the house is uninhabitable due to damage to the house. He stated he would call me the following week to make arrangements for service.

Saturday, 7/11/26 at 3:16 pm: No changes at premises.

7/15/26, 3:45 pm: Sent a follow-up text to which server received no response.

7/18/26, 9:41 pm: No change; house completely dark.


Cellular DT: 2026:07:22 09:08:24
Device DT: 2026:07:22 09:08:29
42.065503, -74.048452
GPS/NETWORK


Cellular DT: 2026:07:22 09:08:40
Device DT: 2026:07:22 09:08:49
42.065515, -74.048461
GPS/NETWORK


Cellular DT: 2026:07:22 09:08:24
Device DT: 2026:07:22 09:08:29
42.065503, -74.048452
GPS/NETWORK


Cellular DT: 2026:07:22 09:09:04
Device DT: 2026:07:22 09:09:16
42.065505, -74.048471
GPS/NETWORK


on prime
SYR1
CYCLE 1
15.3G