**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITIBANK, N.A.

Plaintiff,

vs.

ELENA FRANSCESCA KAPSI and
ROBERT ALAN GOLDMAN

Defendant.

Case No. 1:26-CV-04825-PAE

**ORDER**

Having reviewed the Consent Motion to Dismiss Without Prejudice ("Motion") filed by Plaintiff Citibank, N.A., it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the above-captioned action is hereby dismissed without prejudice.

September 17, 2026
**DATE**

Paul A. Engelmayer
**PAUL A. ENGELMAYER,**
**USDJ**