**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

CITIBANK, N.A.,

Plaintiff,

-against-

26 **CIVIL** 4825 (PAE)

**JUDGMENT**

ELENA FRANSCESCA KAPSI and
ROBERT ALAN GOLDMAN,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 17, 2026, the Motion is GRANTED; and the case is dismissed without prejudice.

**Dated:** New York, New York

September 21, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**